**UNITED STATES of America,**
Plaintiff–Appellee,

v.

**Gregory BLANKS, Defendant–Appellant.**

No. 10–6249.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 22, 2010.

Decided: July 30, 2010.

Gregory Blanks, Appellant Pro Se. Michael Gordon James, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory Blanks appeals the district court's order denying his motion to compel the Government to file a Fed.R.Crim.P. 35 motion on his behalf, or for a sentence reduction based upon his allegedly substantial assistance. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Blanks,* No. 7:04–cr–00076–FL–1 (E.D.N.C. Dec. 29, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*